# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Boeing Company )  ASBCA No. 59219
)
Under Contract No. F33657-01-D-0026 *et al.* )

APPEARANCE FOR THE APPELLANT:       Seth H. Locke, Esq.
    Perkins Coie LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Arthur M. Taylor, Esq.
    Deputy Chief Trial Attorney
    Defense Contract Management Agency
    Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59219, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals